**FILED**

01/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0493

## IN THE SUPREME COURT OF THE STATE OF MONTANA

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF | ) | Case No. DA 22-0493 |
| | ) | |
| LOWELL TIMOTHY SKUNBERG, | ) | **ORDER GRANTING SECOND** |
| | ) | **MOTION FOR EXTENSION OF** |
| Deceased. | ) | **TIME** |
| | ) | |

Appellant Craig Backen has filed a Second Motion for Extension of Time to file Appellant's Opening Brief. Appellant has requested 46 days, or until march 13th, 2023. Appellant's counsel has represented to the Court that Appellee's counsel has been contacted and has no objection to the Motion. Therefore,

IT IS HEREBY ORDERED that Appellant is given an additional 46-day extension of time up to and including March 13th, 2023, to prepare, file and serve his Opening Brief.

DATED this _____ day of January, 2023.


_____
Clerk of the Montana Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2023